STATE

v.

**FOX**

20170619

Supreme Court of Utah.

10/02/2017

20140857

Petition for Writ of Certiorari Denied.

WOF FINDEN

v.

**YOUNG**

20170562

Supreme Court of Utah.

09/07/2017

20170373

Petition for Writ of Certiorari Denied.

**STATE**

v.

**ALLGOOD**

20170642

Supreme Court of Utah.

10/14/2017

20150369, 400 P.3d 1088

Petition for Writ of Certiorari Denied.

**IN RE A. C.**

20170520

Supreme Court of Utah.

09/06/2017

20170250, 400 P.3d 1078

Petition for Writ of Certiorari Denied.

